JOHANNA H. CURLEY v. EDWARD CURLEY.

November 21, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. ANGELO SICA.

November 21, 1983.

Petition for certification denied.

CONSOLIDATED PRECAST, INC. v. CITY OF PATERSON.

November 21, 1983.

Petition for certification denied.